UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRY,

                Plaintiff,

-v-

C.O. MILLER, C.O. JOSEPH GRASSO, and C.O. LORENZO COLANGELO,

                Defendants.

CIVIL ACTION NO.: 11 Civ. 1273 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Plaintiff's letter application (ECF No. 196) is DENIED. Plaintiff is reminded that "[t]his case remains closed." ECF No. 195 (PAE) (rejecting plaintiff's fourth request for reconsideration of the order of dismissal).

    The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the address below.

Dated:     New York, New York
            October 5, 2020

                                        SO ORDERED

                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**

**Mail To:**     Christopher A. Henry
                13086
              Mid-Hudson Forensic Center
              Building 3
              New Hampton, New York 10958