UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER A. HENRY, | |
| Plaintiff, | 11 Civ. 1273 (PAE) (SLC) |
| -v- | ORDER |
| C.O. MILLER, C.O. JOSEPH GRASSO, and C.O. LORENZO COLANGELO | |
| Defendants. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received another motion from *pro se* plaintiff Christopher Henry seeking reconsideration of the November 2019 dismissal of his claims. Dkt. 211. In that motion, Henry reprises the same arguments that he raised in many of his earlier requests for reconsideration, *see* Dkts. 175, 177–78, 181, 185, 189, 193, 196, 198, 205, which the Court has repeatedly rejected, *see* Dkts. 176, 188, 192, 195, 197, 200, 209. The Court, for the same reasons previously given, denies Henry's motion. This case remains closed.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 211.

The Clerk of Court is further directed to mail a copy of this order to Henry.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 20, 2021
       New York, New York