UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER A. HENRY,

      Plaintiff,

   -v-

C.O. MILLER, C.O. JOSEPH GRASSO,
and C.O. LORENZO COLANGELO

      Defendants.

11 Civ. 1273 (PAE) (SLC)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

  The Court has received another motion from *pro se* plaintiff Christopher Henry seeking reconsideration of the November 2019 dismissal of his claims. Dkt. 217. In that motion, Henry largely reprises the same arguments that he raised in his many prior requests for reconsideration, *see* Dkts. 175, 177–78, 181, 185, 189, 193, 196, 198, 205, 211, which the Court has repeatedly rejected, *see* Dkts. 176, 188, 192, 195, 197, 200, 209, 212. He also suggests that defendants' change in counsel and fact that Magistrate Judge Henry B. Pitman was replaced with Magistrate Judge Sarah L. Cave represent "intervening changes of controlling law" that warrant reconsideration. *See* Dkt. 217 at 4–5. Those contentions are meritless.

  The Court, for the same reasons previously given, denies Henry's motion. This case remains closed. The Clerk of Court is respectfully directed to terminate the motion pending at docket 217.

  The Clerk of Court is further directed to mail a copy of this order to Henry.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: March 10, 2021
       New York, New York

2